Sunday, December 13, 2015    25,823-02

(specifically)

To: The Honorable Sharon Keller,
Presiding Judge, for the
Texas Court of Criminal Appeals:

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

    I write to you in the hope of arousing the perfectionist side of your professional curiosity which is reputed to be exacting in regards to details related to both law and fairness; that's often a VERY fine line rather delicate to travel.

    Yet, you seem to be able to juggle this task quite effortlessly. Always with integrity and persuasion.

    It's on that basis, Your Honor, that I elect to send this pleading 'specifically' to You:

    I filed a substantially grounded *Pro Se* petition with the Texas Court of Criminal Appeals, it was issued case No. WR-25,823-02.

    In that petition I supplied the court with irrefutable evidence that clearly establishes a GRAVE ERROR was made when the Court dismissed my PDR as untimely when, in fact, it was NOT untimely!

-1-

I've exhausted all feasible avenues of travel in my attempts to rectify this unfairness — short of actually filing a post-conviction habeas corpus, in fear of being accused of or penalized for successive writs.

It's my contention that I should not be forced to such extremes when case NO. WR-25,823-02 contains all the elements that should RENDER RELIEF and correct a malfeasance.

I ask only that you assign, to one of your trusted minions, the duty of REVIEWING case NO. WR-25,823-02 in order to determine whether or not it contains the NECESSARY REQUIREMENTS that would WARRANT YOUR time.

I feel confident YOUR man (or woman) will RETURN to inform you that in their opinion I am (in fact) entitled to RELIEF.

At the very least I should be REWARDED with a viable RESPONSE or answer to this MEAGER, simple REQUEST.

I thank you, in advance, for your due diligence and may God bless you for the GOODNESS of your heart.

Sincerely,

Stacy L. Conner
1428940 Stiles
3060 FM 3514
Beaumont, Tx. 7[...]

-2-